UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00413-FDW-DCK
FILED
Charlotte, NC
NOV 16 2023
Clerk, US District Court
Western District NC

| | |
|---|---|
| DEBORAH PLYLER and ROBBIE G. PLYLER, <br><br> Plaintiffs, <br><br> v. <br><br> COX BROTHERS, INC. *et al.*, <br><br> Defendants. | VERDICT FORM |

We, the jury, return as our unanimous verdict the following answers to the issues submitted:

**ISSUE ONE:**

1. Was the Plaintiff Robbie G. Plyler injured or damaged by the negligence of the defendants?

ANSWER: __YES__

If you answer Issue One "Yes," you shall proceed to answer Issue Two. If you answer Issue One "No," you shall not answer any of the remaining issues.

**ISSUE TWO:**

2. Did the Plaintiff Robbie G. Plyler, by his own negligence, contribute to his injury or damage?

ANSWER: _YES_

If you answer Issue Two "Yes," you shall proceed to answer Issue Three. If you answer Issue Two "No," you shall proceed to answer Issue Six.

**ISSUE THREE:**

3. Did the Defendants have the last clear chance to avoid the Plaintiff Robbie G. Plyler's injury or damage?

ANSWER: _YES_

If you answer Issue Three "Yes," you shall proceed to answer Issue Six. If you answer Issue Three "No," you shall proceed to answer Issue Four.

**ISSUE FOUR:**

4. Were the Plaintiffs injured by willful or wanton conduct of the Defendants?

ANSWER: _____

If you answer Issue Four "Yes," you shall proceed to answer Issue Five. If you answer Issue Four "No," you shall not answer any of the remaining issues.

**ISSUE FIVE:**

5. Did the Plaintiff Robbie G. Plyler, by his own willful or wanton conduct, contribute to his injury or damage?

ANSWER: _____

If you answer Issue Five "Yes," you shall not answer any of the remaining issues. If you answer Issue Five "No," you shall proceed to answer Issue Six.

**ISSUE SIX:**

6. What amount of compensatory damages, if any, is the Plaintiff Robbie G. Plyler entitled to recover?

ANSWER: $ 2.00 M

Write Out Amount: two million

**ISSUE SEVEN:**

7. What amount of compensatory damages, if any, is the Plaintiff Deborah Plyler entitled to recover for loss of consortium?

ANSWER: $ 500 K

Write Out Amount: five hundred thousand

**ISSUE EIGHT:**

8. Are the Defendants liable to the plaintiffs for punitive damages?

ANSWER: None

If you answer Issue Eight "Yes," you shall proceed to answer Issues Nine and Ten. If you answer Issue Eight "No," you shall not answer Issue Nine and Ten.

**ISSUE NINE:**

9. What amount of punitive damages, if any, is the Plaintiff Robbie G. Plyler entitled to recover?

ANSWER: $ _____None_____

Write Out Amount: _____

**ISSUE TEN:**

10. What amount of punitive damages, if any, is the Plaintiff Deborah Plyler entitled to recover?

ANSWER: $ _____None_____

Write Out Amount: _____

Dated this 16th day of November, 2023.