# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Deborah Plyler <br> Robbie G. Plyler, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:22-cv-00413-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Cox Brothers, Inc., et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury's November 16, 2023 verdict.

December 7, 2023

_____

Katherine Hord Simon, Clerk
United States District Court