UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **ROBBIE G. PLYLER and DEBORAH PLYLER,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**COX BROTHERS, INC. d/b/a COX BROTHERS FARM; COX FARM MANAGEMENT, LLC d/b/a COX BROTHERS FARM; RUSSELL F. COX, DELANO S. COX, MARION F. COX, and CAMPBELL COX,**<br><br>　　　　**Defendants.** | Civil Action No. 3:22-cv-00413 |

# NOTICE OF APPEAL

Defendants Cox Brothers Farms, a North Carolina general partnership, Russell F. Cox, Delano S. Cox, Marion F. Cox and Campbell Cox (collectively, "Defendants"), through counsel, appeal to the United States Court of Appeals for the Fourth Circuit from the following rulings in this case:

1. The judgment entered on December 7, 2023 [Doc. No. 54], including all interlocutory orders merged therein pursuant to Rule 3(c)(4) of the Federal Rules of Appellate Procedure; and

2. The order entered on April 10, 2024 [Doc. No. 69], as amended on April 23, 2024 [Doc. No. 72], that denied Defendants' Motion for Judgment as a Matter of Law, or in the Alternative, Motion for a New Trial [Doc. No. 55],

and that granted in part and denied in part Plaintiffs' Motion to Alter the Judgment [Doc. No. 56], including all interlocutory orders merged therein pursuant to Rule 3(c)(4) of the Federal Rules of Appellate Procedure.

This the 10th day of May, 2024.

/s/ L. Cameron Caudle, Jr.
NC State Bar No.: 14188
CAUDLE & SPEARS, P.A.
121 West Trade Street, Suite 2600
Charlotte, NC  28202
Telephone:  704-377-1200
Facsimile:   704-338-5858
Email: ccaudle@caudlespears.com

/s/ Christopher P. Raab
NC State Bar No.: 37008
CAUDLE & SPEARS, P.A.
121 West Trade Street, Suite 2600
Charlotte, NC  28202
Telephone:  704-377-1200
Facsimile:   704-338-5858
Email: craab@caudlespears.com

*Attorneys for Defendants Cox Brothers Farms, Russell F. Cox, Delano S. Cox, Marion F. Cox, and Campbell Cox*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties registered in said system.

/s/ Christopher P. Raab
Christopher P. Raab